IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EMMANUEL A. ROBINSON, | § | |
| | § | No. 466, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1403011294 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 28, 2018
Decided: March 5, 2018

## **ORDER**

This 5th day of March 2018, it appears to the Court that:

(1)    The Clerk issued a notice directing that the appellant show cause why this appeal should not be dismissed for his failure to pay the filing fee or to file a motion to proceed *in forma pauperis* ("IFP motion") seeking a waiver of the fee. Following his receipt of the notice to show cause, the appellant submitted a letter stating that he was unable to pay the filing fee.

(2)    By letter dated February 12, 2018, the Clerk sent the appellant an IFP motion form. The Clerk directed the appellant to complete the motion and return it for filing on or before February 27, 2018. The Clerk advised the appellant that if he failed to file the motion on or before February 27, the appeal would be dismissed without further notice.

(3)  The appellant has filed nothing further in this case and has not filed the IFP motion.  Under these circumstances, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 3(b)(2)(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice